PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT | CASE NO. B14MJ1179 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | Name of District Court, and/or Judge/Magistrate Location (City)<br>Southern District of Texas<br>Brownsville, Texas<br>Ignacio Torteya III<br>U.S. Magistrate Judge |

United States District Court
Southern District of Texas
FILED
DEC 31 2014
David J. Bradley, Clerk of Court

Name and Office of Person Furnishing Information on THIS FORM: Davila, Carlos — U.S. Border Patrol
Phone No.: 

Name of Asst. U.S. Attorney (if assigned): 

USA vs.
Defendant: Hubence MANGANDI-Monges
Address: [redacted], Mazatenango, SUCHITEPEQUEZ, Guatemala

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): U.S. Border Patrol, Brownsville, Texas

Birth Date: [redacted] 1975
☐ Male  ☐ Female  ☐ Alien (if applicable)

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date: 12/30/2014 or Date Transferred to Federal Custody ___
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Has a Detainer been filed?
☑ Yes  ☐ No

Defense Counsel (if any): ___
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense: Brownsville, Texas

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ___

| Set | Title & Section/Offense Level<br>(Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 USC 1326(a)(1)/(b)(1) | Re-Entry After Deport Felon ROUTINE | |